ACCEPTED
03-15-00394-CV
6361253
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 10:22:03 AM
JEFFREY D. KYLE
CLERK

August 5, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 10:22:03 AM
JEFFREY D. KYLE
Clerk

**RE: Case 03-15-00394-CV Valerie E. Steele v. Victor Biles**

**Letter to Update Information of Counsel**

Dear Clerk,

This letter is to update the court as to my change of physical address as well as update my Email address.  My new information is as follows:

Erin Marie Mitchell

7703 N. Lamar Blvd. Suite 400

Austin, Texas 78752

emmitch81@yahoo.com

Please be advised that there are two attorneys named Erin Mitchell licensed to practice law in Texas, and only change the information for Erin Marie Mitchell, State Bar Number 24093513, who is the attorney of record in the above entitled case.

Sincerely,

*/s/* Erin Mitchell
Erin M. Mitchell
State Bar No. 24093513
Attorney for Victor Biles

<u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on August 5, 2015.

_/s/Erin Mitchell_____
Erin M. Mitchell

***Via email at [valwin6@aol.com](mailto:valwin6@aol.com)***
Valerie Steele, Appellant